427 A.2d 1195

Kistler v. Kistler, Jr., Appellant.

Submitted September 13, 1979. Boyd H. Walker, for appellant; Michael P. Shay, for appellee.

Before SPAETH, HESTER and CAVANAUGH, JJ.

Order affirmed.

427 A.2d 1196

Taylor et ux., Appellants, v. The Mill, Inc. et al.

Submitted March 23, 1979. James P. MacElree, II, for appellants; Lawrence E. Wood, for appellees.

Before VAN der VOORT, HESTER and WIEAND, JJ.*

Decree affirmed.

* Judge Donald E. Wieand is sitting by special designation.